FILED
CLERK, U.S. DISTRICT COURT

11 DEC 03 PM 2: 09

DISTRICT OF UTAH

BY:_____
DEPUTY CLERK

RECEIVED

DEC 10 2003

JUDGE'S COPY

MICHAEL L. LARSEN (4069)
JOHN E. DELANEY (8481)
PARSONS BEHLE & LATIMER
One Utah Center
201 South Main Street, Suite 1800
Post Office Box 45898
Salt Lake City, UT  84145-0898
Telephone: (801) 532-1234
Facsimile: (801) 536-6111

Attorneys for OVERSTOCK.COM, INC.

**SO ORDERED**

_____
TED STEWART
United States District Judge

Date  12/10/03

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| OVERSTOCK.COM, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>THE GATOR CORPORATION, a Delaware corporation,<br><br>Defendant. | Case No.  2:03-CV-569<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**<br><br>Judge Ted Stewart<br><br>**ORDER** |

\* \* \* \* \* \* \* \*

Plaintiff Overstock.com, Inc., pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby voluntarily dismisses this action without prejudice.  Because no answer or motion for summary judgment has been filed in this action, no Order of the Court or stipulation by the parties is necessary to effectuate this dismissal.

565727.1



DATED this 10th day of December, 2003.

_____
MICHAEL L. LARSEN
JOHN E. DELANEY
PARSONS BEHLE & LATIMER
Attorneys for Plaintiff Overstock.com, Inc.
One Utah Center
201 South Main Street, Suite 1800
Post Office Box 45898
Salt Lake City, UT 84145-0898
TEL: (801) 532-1234
FAX: (801) 536-6111

## CERTIFICATE OF SERVICE

This is to certify that I have on this date served a true and correct copy of NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE via U.S. Mail upon counsel for all interested parties in the above-styled matter as listed on the attachment hereto.

This 10th day of December, 2003.

JOHN E. DELANEY

```
                                                              jmr
                    United States District Court
                              for the
                         District of Utah
                        December 11, 2003


                * * CERTIFICATE OF SERVICE OF CLERK * *


Re:   2:03-cv-00569



True and correct copies of the attached were either mailed, faxed or e-mailed
by the clerk to the following:


      Mr. Robert S. Clark, Esq.
      PARR WADDOUPS BROWN GEE & LOVELESS
      185 S STATE ST STE 1300
      PO BOX 11019
      SALT LAKE CITY, UT  84147
      EMAIL

      Celia Goldwag Barenholtz, Esq.
      KRONISH, LIEB, WEINER, & HELLMAN
      1114 AVENUE OF THE AMERICAS
      NEW YORK, NY  10036-7798

      Mr. David W Slaughter, Esq.
      SNOW CHRISTENSEN & MARTINEAU
      10 EXCHANGE PLACE
      PO BOX 45000
      SALT LAKE CITY, UT  84145-5000
      EMAIL

      Mr. Michael L Larsen, Esq.
      PARSONS BEHLE & LATIMER
      201 S MAIN ST STE 1800
      PO BOX 45898
      SALT LAKE CITY, UT  84145-0898
      EMAIL
```